CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 6 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Seagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ADAM ARMSTRONG & PRIMETIME VACATION SPECIALS, LLC | ) ) ) |
| | ) Case No.: 5:19-cv-38 |
| Plaintiffs, | ) |
| v. | ) ) |
| HADLEGAL SERVICES, LLC & MARK SALZMAN | ) ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendants. | ) |

## ORDER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Adam Armstrong and Primetime Vacation Specials, LLC, have moved to voluntarily dismiss all claims in this action without prejudice. ECF No. 8. The motion is **GRANTED**. This matter is **DISMISSED without prejudice**, with each party to bear its own costs and fees.

It is **SO ORDERED**.

Entered: 08-25-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge